**Opinion issued December 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00066-CV
_____

**ALETA CHAPMAN, Appellant**

**V.**

**THINH QUOC PHAM, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1006033**

---

## MEMORANDUM OPINION

Appellant, Aleta Chapman, proceeding pro se, has failed to timely file her

appellate brief. *See* TEX. R. APP. P. 38.6(a), (d), 38.8(a)(1). On September 27, 2016,

this Court's Order noted that this Court had reinstated this case after the dismissal

of appellant's bankruptcy case, and further ordered appellant to file her brief, without

a reporter's record, within thirty days of that Order. *See id.* 37.3(c), 38.6(a). After being notified by the Clerk of this Court on November 16, 2016, that this appeal was subject to dismissal for appellant's failure to timely file her appellate brief within ten days of the date of that notice, appellant did not timely respond.[1] *See id.* 38.8(a)(1), 42.3(c).

Accordingly, we dismiss this appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.

---

[1] On November 21, 2016, the late-brief notice from the Clerk of this Court was returned to this Court because the forwarding time to appellant had expired.